UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHEREE BOYD,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. 3:06-cv-5348-KLS<br><br><br>PROPOSED ORDER FOR REMAND |

　　　Based on the stipulation of the parties, it is hereby ordered that the Commissioner's final decision is reversed and remanded for further administrative proceedings, in accordance with sentence four of 42 U.S.C. § 405(g). Upon remand, the ALJ will further develop the record and conduct a de novo hearing, at which further evidence will be obtained as to the effects of Plaintiff's limitations prior to March 1, 2005. The ALJ will:

• 　　re-evaluate the evidence of Drs. Davenport Kent, Butler, Eather and Johnson;

• 　　 address the lay witness evidence pursuant to SSR 06-3p;

Page 1　　　　　ORDER- [3:06-cv-5348-KLS]

- reevaluate Plaintiff's credibility pursuant to SSR 96-7p;

- further evaluate Plaintiff's mental impairment in accordance with the regulations;

- reassess Plaintiff's residual functional capacity; obtain supplemental vocational expert testimony;

- make a new determination as to Plaintiff's disability prior to March 1, 2005 taking all evidence into account, and issue a new decision regarding Plaintiff's disability prior to March 1, 2005.

DATED this 29th day of March, 2007.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ DAVID J. BURDETT   WSB # 29081
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2522
FAX:  (206) 615-2531
david.burdett@ssa.gov

Page 2          ORDER- [3:06-cv-5348-KLS]