# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHEREE BOYD,
        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
 Administration,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5348KLS

    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Based on the Stipulation of the parties, the Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings.

March 29, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk