U.S. Magistrate Judge Karen L. Strombom

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

SHEREE BOYD,

        Plaintiff,

v.

MICHAEL J. ASTRUE[1],
Commissioner of Social Security,

        Defendant.

CASE NO. 06-CV-5348-KLS

ORDER REGARDING ATTORNEY FEES AND COSTS

The court hereby grants Plaintiff's Motion for Attorney Fees in the amount of $4,694.93 pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, and reimbursement of costs in the amount of $19.96 pursuant to 28 U.S.C. §1920.

Dated this 10th day of May, 2007.

                                                       /s/ Karen L. Strombom
                                                       Karen L. Strombom
                                                       United States Magistrate Judge

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted as the Defendant in this case. No further action is required to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

ORDER REGARDING ATTORNEY FEES AND COSTS
06-5348-KLS                           Page - 1

LAW OFFICE OF SHERRI ALLEN, INC., P.S.
P. O. BOX 12465
ST. LOUIS, MO 63132
(314) 997-6969