# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHEREE BOYD

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5348KLS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

That the court hereby grants Plaintiff's Motion for Attorney Fees in the amount of $4,694.93 pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, and reimbursement of costs in the amount of $19.96 pursuant to 28 U.S.C. §1920.

| | |
|---|---|
|    May 11, 2007    |    BRUCE RIFKIN    |
| Date | Clerk |
| |    *s/Caroline M. Gonzalez*    |
| | Deputy Clerk |